**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1146**

In re:  BLAKE SANDLAIN,

      Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-00072)

Submitted:  July 21, 2020                        Decided:  July 23, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Blake Sandlain, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Sandlain petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2018) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on February 24, and March 16, 2020, respectively, the district court entered orders dismissing Sandlain's § 2241 petition and denying his Fed. R. Civ. P. 59(e) motion. Accordingly, because the district court has recently decided Sandlain's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*